# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Cristian Joel Felix-Ramirez<br>Daniel Lopez-Yanes<br>*Defendants* | )<br>)<br>) Case No. 16-8384MJ<br>)<br>)<br>) |

DOA 10-17-16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning at a time unknown, until on or about October 17, 2016, at or near Silverbells, in the District of Arizona, Cristian Joel Felix-Ramirez and Daniel Lopez-Yanes knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown, to commit the offense of possession of marijuana with intent to distribute, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.
This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA SHEILA PHILLIPS for AUSA AMY BROWN   S.P.

☒ Continued on the attached sheet.

*Complainant's signature*
Paul M. Ford
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 18, 2016

*Judge's signature*

City and state: Phoenix, Arizona

John. Z. Boyle
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Paul M. Ford, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. I know from my own experience and based on discussions with other law enforcement agents that the main narcotic smuggled by the drug trafficking organizations (DTOs) operating in the Arizona desert is marijuana. While there are loads of hard narcotics—to include cocaine, methamphetamine, and heroin—marijuana accounts for over 98% of the narcotics seized in the desert.

3. Marijuana backpackers working for the DTOs are responsible for carrying the marijuana from the Republic of Mexico into the United States. This is accomplished by placing the bales of marijuana into burlap backpacks and carrying them on their back. The size of the backpacking groups is generally between 8 and 12 people. This includes a foot guide and "encargado" (person in charge) who do not typically carry backpacks. This leaves between 6 and 10 subjects carrying backpacks in the group. The typical weight of a backpack being carried by groups in the area is between 25 and 40 kilograms (50-80 pounds). The backpacks generally contain two bales of marijuana, weighing approximately 12 kilograms each, but sometimes subjects carry

large backpacks with three bales in them. A normal sized group for the area is carrying between 150-200 kilograms of marijuana.

4. The DTOs use mountaintop scouts to guide the marijuana backpacker groups across the U.S./Mexico border and into the interior of the United States. The scouts are generally positioned at high points on the mountain that provide them with a good view but that also help them hide from law enforcement that may be in the area. These points are also selected based upon the location of the other scouts, as they rely upon a "line of sight" method to relay messages up and down the smuggling route. Scouts operating in the west desert generally have binoculars, spotting scopes, supplies of food, water, and other basic commodities needed for survival. They also have handheld radios and/or cell phones and solar panel charging stations. These items are used by the scouts to locate and identify law enforcement near their mountain, and then relay law enforcements location to groups of marijuana backpackers in the vicinity of the scout's hill. By relaying this information to the groups on the ground via their communication devices, the groups' chances of successfully evading law enforcement is greatly increased.

5. Scouts are an integral part of the Drug Trafficking Organizations' (DTO) smuggling process. Scouts are persons that reside on top of high points such as hills and mountain tops in order to direct drug smugglers across the U.S./Mexico International Boundary and further direct them into the interior of the United States.

6. The Casa Grande Mountain Team (CMT) has encountered scouts working atop mountains as far as ninety miles into the United States. Scouts assist drug cartels in furthering their illegal smuggling activities. Scouts are used by DTOs to direct their loads of narcotics around pursuing law enforcement by utilizing items such as binoculars, cell phones and encrypted two way radios. These items are used by the scouts to locate and identify law enforcement near their mountain, and then relay law enforcements location to groups of drug smugglers in the vicinity of the scout's hill. By relaying this information to the groups on the ground via their communication devices, the groups chances of successfully evading law enforcement is greatly increased. Many of the scouts we have encountered have extensive personal experience traversing the desert through the Casa Grande Border Patrol Station's area of operation, and they are able to direct the groups along commonly used routes that have a high rate of success. On several occasions the CMT has apprehended scouts atop mountains and shortly thereafter, groups of narcotics have begun walking undirected into open areas where they were spotted by Border Patrol surveillance assets and are easily apprehended.

7. In order for scouts to remain atop their mountain, they are regularly supplied with food and other necessities by individuals working for the drug cartels. These individuals will drop off large quantities of food, water, equipment, and other items as requested from the scouts. The scouts also regularly use items such as solar panels, car batteries, charging cables and radio charging bases to keep their communication

devices charged and operational. These items are critical to the scouts because without them they are not able to maintain operational effectiveness. Scouts will use the solar panels to charge their communications devices and spare batteries during the day.

8. Many of the mountaintop locations utilized by scouts have been used for years. These sites are littered with items used by previous scouts, and over time the locations are turned into well-developed base camps. These base camps often have cooking areas with fire pits, food storage areas hidden with rocks, rock walled hiding locations used for scouting, sleeping areas with cover from the environment and law enforcement, and well-worn paths between these locations similar to those you would see at a national park hiking area. When law enforcement encounters scouts atop the mountains, their supplies, sleeping bags, and equipment are usually neatly placed and well organized in the various hiding locations.

9. The Casa Grande Station Mountain Team (CMT) has been tasked at the Casa Grande Border Patrol Station with the apprehension of scouts in the Casa Grande area of operation, and with the disruption of their corresponding drug trafficking. All members of the CMT have extensive experience regarding scouting activities, and with the drug trafficking that takes place in that drug trafficking corridor.

10. On October 17, 2016, Border Patrol Agents (BPAs) Scott Allred, Lance Gurski, Ryan Parker, Kyle Hamann, Michael Dombroski, Michael Bergeron, and Supervisor Travis Baltosser, who are assigned to the CMT, were performing their patrol duties in the Casa Grande Border Patrol Station's area of responsibility (AOR). At approximately

4

5:00 AM, the CMT drove down Federal Route (FR) 422 (AKA Dam Road) near the village of Tat Momoli, Arizona, which is located on the Tohono O'Odham Indian Reservation, and is approximately 70 miles from the United States/Mexican international boundary.

11. The mountains that surround the village of Tat Momoli have been known by BPAs to contain scouts for several years, and are located in a strategic location for narcotics smugglers. The mountain that the scouts were apprehended on is located approximately 4 miles northwest of the village of Tat Momoli. The scouts on this mountain guide groups of illegal aliens and narcotics smugglers further into the United States, and inform the illegal aliens and narcotics smugglers of the locations and movements of law enforcement officers who are present in the area. This mountain has a 360-degree view of the surrounding area which includes FR-422, FR-42, FR-15, and the Border Patrol Checkpoint, including several off-road jeep trails. These roads are crucial routes that narcotics smugglers use to drive vehicles that are loaded with narcotics further into the United States. The Mountain has a clear visual of FR42 which is often used by narcotic smugglers to drive north to Interstate 8. From Interstate 8 the smuggling vehicles can travel east to Interstate 10, and eventually arrive in Phoenix or Tucson, Arizona, or they can travel west on Interstate 8 towards San Diego, California.

12. At approximately 5:10 AM, BPAs Allred, Gurski, and Parker were dropped off near the base of the Tat Momoli Mountains, near where the suspected scouts had

5

previously been observed by the CMT. Their assignment was to climb to the top of the mountains that the suspected scouts were residing on while SBPA Baltosser searched the mountain tops with a spotting scope. BPAs Michael Bergeron, Michael Dombroski, and Kyle Hamann were assigned to surround the base of the mountain in the event that the suspected scouts ran down to the bottom. At approximately 5:45 AM, SBPA Baltosser notified the BPAs via hand held radio, that he had visual of two suspects laying inside of sleeping bags near the top of the mountain.

13. At approximately 6:30 AM BPAs Allred, Gurski, and Parker reached the top of the mountain near where the suspects were seen sleeping. As they reached the top, they could hear voices speaking in the Spanish language. The BPAs looked to the east and saw two subjects approximately fifteen yards away, laying down on the ground and covered up in sleeping bags. The BPAs ran to their location and announced themselves as Border Patrol Agents. Both subjects complied with the BPAs commands and were arrested without incident. The two subjects arrested were later identified as Cristian Joel Felix-Ramirez and Daniel Lopez-Yanes. Both subjects stated that they were citizens and nationals of Mexico. They did not possess or claim to possess any type of immigration document allowing them to stay in or pass through the United States legally.

14. After securing both subjects, the BPAs noticed there were solar panels on the ground between them. Solar panels are used by scouts to charge their radios, cell phones, and other electronic devices, so they can remain in contact with the cartel management in

Mexico, as well as, the groups of illegal aliens and narcotics smugglers that pass through their area of view. The BPAs also saw a radio and a pair of binoculars on the ground next to the subjects. In the surrounding area, the BPAs noticed several different scouting positions underneath trees and bushes. A scouting position is an area built up by a scout with rocks and tree branches that a scout can use to sit and hide in without being detected. Around the scouting positions, the BPAs saw lots of trash, including empty soda cans, food wrappers, water jugs, dirty clothes and toilet paper, which indicates that the scouts had been up on that mountain scouting for a long period of time. The BPAs also saw several food items consisting of canned foods, tortillas, and multiple beverages. BPA Ryan Parker searched the surrounding area and located several pieces of scouting equipment, all of which are seized as evidence. These items include; solar panels, a handheld radio with batteries and chargers, binoculars, and several cellular phones.

15. After the scout location was secured, both subjects were read their Miranda Rights by BPA Kyle Hamann, and witnessed by BPA Ryan Parker. Both subjects were walked down the mountain and back to our vehicles. Both subjects were transported back to the Casa Grande Border Patrol station for further processing.

16. At approximately 9:00 AM on October 17, 2016, Felix-Ramirez was read and understood his Miranda rights as indicated by his signature on form I-214. Felix waived his right to legal counsel as indicated by his signature on the same form on the appropriate line. This was witnessed by BPAs Passi and Mendoza, who subsequently

7

interviewed Felix. Felix stated that he is from Durango, Mexico and that he was accompanied by his uncle, Daniel Lopez-Yanes when he was apprehended while he was working. Felix stated that he and Lopez had been at that mountain position for approximately eight days prior to being arrested today. It was Felix's understanding that they would be up on the hilltop for approximately one month to one and a half months, and that he would be home prior to Christmas. He added that he and his uncle were working as a team. Felix stated that he would be paid approximately $200.00 USD per drug mule group, or "cuadrilla" that they would help in pass through their location with success. Felix stated that they would eat twice a day and that food would be dropped-off approximately six hours away, approximately every five days. Felix stated that he has witnessed people who arrive back to his hometown and that the amount of money they have is impressive, so he decided to take a man up on his offer to work. Felix did not want to give the name of the organization for which he is working for as a scout. He added that he would only answer what he wanted to answer.

17. At approximately 9:30 AM on October 17, 2016, Lopez-Yanes was read and understood his Miranda rights as indicated by his signature on form I-214. Felix waived his right to legal counsel as indicated by his signature on the same form on the appropriate line. This was witnessed by BPAs Passi and Mendoza, who subsequently interviewed Lopez. During the interview Lopez admitted to being a scout for a criminal organization from Mexico. Lopez stated that his job was to monitor traffic in

the area and to call out via radio whatever passed his location. He stated that he went by the moniker of "Siete-seis" (7-6) on the radio and the pass code to gain access to the radio he was using was 97212. Lopez stated that he was supposed to make 100-200 USD for every "cuadrilla" (narcotics load/group) that passed his location. Lopez stated that he has been up in the mountains for the past either to ten days. Lopez stated that he was supposed to stay in the mountains for two weeks, but he wasn't sure.

18. For these reasons, this affiant submits that there is probable cause to believe that from a time unknown until on or about October 17, 2016, Cristian Joel Felix-Ramirez and Daniel Lopez-Yanes, knowingly and intentionally combined, conspired, confederated and agreed with persons unknown, to possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

_____
Paul M. Ford
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 18th day of October, 2016.

_____
John. Z. Boyle
United States Magistrate Judge